JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL C. MARSHALL, | ) | Case No.:  CV 09-3667 DSF (MANx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| CTX MORTGAGE, CHASE HOME FINANCE, LLC, TOBEY LATHAM, STEVE UTLEY, WENDY ALEXANDER, and DOES 1-10, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

By order dated August 20, 2009, the Court ordered that this case be dismissed by consent of Plaintiff as evidenced by Plaintiff's lack of opposition to a motion to dismiss.  Leave to amend was granted, but no amended complaint has been filed.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   11/4/09

_____
Dale S. Fischer
United States District Judge